4/17/15

PD-0452-15

To Whom It May Concern:

This is to request a Petition for Discretionary Review (PDR). I must proceed pro se and, frankly, have absolutely no idea how to do so. I am an indigent person, abandoned by family, without recourse to a "public defender" — and on top of all this, I am presently languishing in solitary confinement at the very corrupt Wynne Unit.

Please grant me a little extra time to set a PDR in order, as I'm ill-equipped. All I have is a crayon and this pencil. I also ask for any advice or instruction concerning how I'm supposed to properly proceed with my Appeal.

Thank You.
Respectfully,
Daniel Johnson   TDCJ #1902292
Justified in and by the Lord Jesus Christ

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
APR 22 2015
Abel Acosta, Clerk

Appeal # 12-13-00362-CR
Trial # 007-1059-13
Smith County